| | |
|---|---|
| *Attorney or Party without Attorney:*<br>PAMELA S. PALMER, Bar #107590<br>LATHAM & WATKINS LLP<br>355 SOUTH GRAND AVENUE<br>4TH FLOOR<br>LOS ANGELES, CA 90071<br>*Telephone No:* 213-891-8198   *FAX No:* 213-891-8763<br>*Ref. No. or File No.:*<br>*Attorney for:* Plaintiff | *For Court Use Only* |

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court For The Central District Of California

*Plaintiff:* CHARTER SCHOOL CAPITAL, INC., ETC.
*Defendant:* CHARTER ASSET MANAGEMENT FUND, L.P., ETC., ET AL.

| **PROOF OF SERVICE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>CV14-03385-GW(PLAX) |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT-DEMAND FOR JURY TRIAL; CIVIL COVER SHEET; PACER: PUBLIC ACCESS TO COURT ELECTRONIC RECORDS; ATTENTION: NEW CIVIL ACTIONS; CERTIFICATION AND NOTICE OF INTERESTED PARTIES (LOCAL RULE 7.1-1).

3. a. *Party served:* PAUL IM, AN INDIVIDUAL
   b. *Person served:* PARTY IN ITEM 3A, SERVED UNDER F.R.C.P. RULE 4

4. *Address where the party was served:* 530 LYTTON AVENUE
   2ND FLOOR
   PALO ALTO, CA 94301

5. *I served the party:*
   b. **by substituted service.** On: Tue., May. 06, 2014 at: 10:53AM by leaving the copies with or in the presence of:
   ELISA MAASER, RECEPTIONIST
   (1) **(Business)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.

7. *Person Who Served Papers:*   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. ELLENOR RIOS
   
   d. ***The Fee*** *for Service was:*
   
   First Legal
   1138 Howard Street
   San Francisco, CA 94103
   Telephone  (415) 626-3111
   Fax        (415) 626-1331
   www.firstlegalnetwork.com
   
   e. I am: (3) registered California process server
      (i)   Independent Contractor
      (ii)  *Registration No.:*  984
      (iii) *County:*  Santa Clara

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Wed, May. 07, 2014

   (ELLENOR RIOS)

Judicial Council Form                     PROOF OF SERVICE                   5849220  .pampa.613533
Rule 2.150.(a)&(b) Rev January 1, 2007

| Attorney or Party without Attorney:<br>PAMELA S. PALMER, Bar #107590<br>LATHAM & WATKINS LLP<br>355 SOUTH GRAND AVENUE<br>4TH FLOOR<br>LOS ANGELES, CA 90071<br>Telephone No: 213-891-8198   FAX No: 213-891-8763 | | | | For Court Use Only |
|---|---|---|---|---|
| | | Ref. No or File No.: | | |
| Attorney for: Plaintiff | | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court For The Central District Of California | | | | |
| Plaintiff: CHARTER SCHOOL CAPITAL, INC., ETC. | | | | |
| Defendant: CHARTER ASSET MANAGEMENT FUND, L.P., ETC., ET AL. | | | | |
| **PROOF OF SERVICE**<br>**By Mail** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV14-03385-GW(PLAX) |

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT-DEMAND FOR JURY TRIAL; CIVIL COVER SHEET; PACER: PUBLIC ACCESS TO COURT ELECTRONIC RECORDS; ATTENTION: NEW CIVIL ACTIONS; CERTIFICATION AND NOTICE OF INTERESTED PARTIES (LOCAL RULE 7.1-1).

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

    a. Date of Mailing:           Tue., May. 06, 2014
    b. Place of Mailing:          LOS ANGELES, CA 90026
    c. Addressed as follows:      PAUL IM, AN INDIVIDUAL
                                  530 LYTTON AVENUE
                                  2ND FLOOR
                                  PALO ALTO, CA 94301

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Tue., May. 06, 2014 in the ordinary course of business.

5. Person Serving:                                          Recoverable Cost Per CCP 1033.5(a)(4)(B)
    a. Thomas Tilcock                                       d. *The Fee for Service was:*
    b. FIRST LEGAL SUPPORT SERVICES                         e. I am: Not a Registered California Process Server
       1511 W. BEVERLY BLVD
       LOS ANGELES, CA 90026
    c. 213-250-9111

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   Date: Wed, May. 07, 2014

                                                                          (Thomas Tilcock)

| Attorney or Party without Attorney: <br> PAMELA S. PALMER, Bar #107590 <br> LATHAM & WATKINS LLP <br> 355 SOUTH GRAND AVENUE <br> 4TH FLOOR <br> LOS ANGELES, CA 90071 <br> Telephone No: 213-891-8198    FAX No: 213-891-8763 | For Court Use Only |
|---|---|
| Ref. No or File No.: | |
| Attorney for: Plaintiff | |
| Insert name of Court, and Judicial District and Branch Court: <br> United States District Court For The Central District Of California | |
| Plaintiff: CHARTER SCHOOL CAPITAL, INC., ETC. <br> Defendant: CHARTER ASSET MANAGEMENT FUND, L.P., ETC., ET AL. | |

| AFFIDAVIT OF REASONABLE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number: CV14-03385-GW(PLAX) |
|---|---|---|---|---|

1. I, ELLENOR RIOS, and any employee or independent contractors retained by FIRST LEGAL SUPPORT SERVICE are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant PAUL IM, AN INDIVIDUAL as follows:

2. Documents:   SUMMONS IN A CIVIL ACTION; COMPLAINT-DEMAND FOR JURY TRIAL; CIVIL COVER SHEET; PACER: PUBLIC ACCESS TO COURT ELECTRONIC RECORDS; ATTENTION: NEW CIVIL ACTIONS; CERTIFICATION AND NOTICE OF INTERESTED PARTIES (LOCAL RULE 7.1-1).

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Fri | 05/02/14 | 11:42am | Business | NOT IN PER DAVID PARK. Attempt made by: ELLENOR RIOS. Attempt at: 530 LYTTON AVENUE 2ND FLOOR PALO ALTO CA 94301. |
| Mon | 05/05/14 | 1:27pm | Business | NOT IN PER FRONT DESK RECEPTIONIST. Attempt made by: ELLENOR RIOS. Attempt at: 530 LYTTON AVENUE 2ND FLOOR PALO ALTO CA 94301. |
| Tue | 05/06/14 | 10:53am | Business | NOT IN PER ELISA MAASER, RECEPTIONIST. Attempt made by: ELLENOR RIOS. Attempt at: 530 LYTTON AVENUE 2ND FLOOR PALO ALTO CA 94301. |
| Tue | 05/06/14 | 10:53am | Business | Substituted Service on: PAUL IM, AN INDIVIDUAL Business - 530 LYTTON AVENUE 2ND FLOOR PALO ALTO, CA 94301 by Serving: PARTY IN ITEM 3A, SERVED UNDER F.R.C.P. RULE 4 a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served by leaving a copy of the document(s) with: ELISA MAASER, RECEPTIONIST. Served by: ELLENOR RIOS |
| Tue | 05/06/14 | | | Mailed copy of Documents to: PAUL IM, AN INDIVIDUAL |

| Attorney or Party without Attorney: <br> PAMELA S. PALMER, Bar #107590 <br> LATHAM & WATKINS LLP <br> 355 SOUTH GRAND AVENUE <br> 4TH FLOOR <br> LOS ANGELES, CA 90071 <br> Telephone No: 213-891-8198      FAX: No: 213-891-8763 <br> Ref. No or File No.: <br> Attorney for: Plaintiff | For Court Use Only |
|---|---|

Insert name of Court, and Judicial District and Branch Court:
United States District Court For The Central District Of California

Plaintiff: CHARTER SCHOOL CAPITAL, INC., ETC.
Defendant: CHARTER ASSET MANAGEMENT FUND, L.P., ETC., ET AL.

| AFFIDAVIT OF REASONABLE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number: <br> CV14-03385-GW(PLAX) |
|---|---|---|---|---|

| Day | Date | Time | Location | Results |
|---|---|---|---|---|

3. *Person Executing*
   a. ELLENOR RIOS
   b. **FIRST LEGAL SUPPORT SERVICE**
      1138 HOWARD ST.
      SAN FRANCISCO, CA 94103
   c. (415)626-3111

Recoverable Costs Per CCP 1033.5(a)(4)(B)
d. **The Fee** for service was:
e. *I am:*   (3) registered California process server
   (i)   Independent Contractor
   (ii)  Registration No.:   984
   (iii) County:   Santa Clara

4. **I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.**
   Date: Wed, May. 07, 2014

Page Number 2

AFFIDAVIT OF REASONABLE DILIGENCE (ELLENOR RIOS)

5849220.latwa.613533