UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 14-3385-GW(PLAx) | Date | June 11, 2014 |
|---|---|---|---|
| Title | *Charter School Capital, Inc. v. Charter Asset Management Fund, LP, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Pamela S. Palmer | David R. Burtt |

**PROCEEDINGS:** TELEPHONIC CONFERENCE

Hearing is held off the record.

Court and counsel confer re Plaintiff's Charter School Capital, Inc.'s for an Order Permitting Expedited Discovery [23], set for hearing on July 7, 2014 at 8:30 a.m.  Defendant's opposition will be filed by June 16, 2014.  Plaintiffs' reply, if any, will be filed by June 23, 2014.

|  | : | 13 |
|---|---|---|
| | Initials of Preparer | JG |