| | |
|---|---|
| 1 | DAVID R. BURTT, State Bar No. 201220 |
| 2 | MOBILITY LEGAL P.C.<br>317 Washington St. #207 |
| 3 | Oakland, CA 94607<br>Telephone: (510) 208-1909 |
| 4 | dburtt@mobilitylegal.com |
| 5 | Attorneys for Defendants<br>CHARTER ASSET MANAGEMENT FUND, LP., |
| 6 | PAUL IM, and DAVID PARK |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHARTER SCHOOL CAPITAL, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>CHARTER ASSET MANAGEMENT FUND, LP., a Delaware Limited Partnership, PAUL IM, an individual, and DAVID PARK, an individual,<br><br>Defendants. | Case No. 2:14-cv-03385-GW-PLA<br><br>**DECLARATION OF PAUL IM IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR AN ORDER PERMITTING EXPEDITED DISCOVERY**<br><br>Date:     July 7, 2014<br>Time:    8:30 a.m.<br>Judge:   Hon. George H. Wu<br>Location: Courtroom 10, 312 N. Spring St.<br>              Los Angeles, CA |

I, Paul Im, declare as follows:

1. I am the Managing Partner of defendant Charter Asset Management Fund, LP. ("CAM"). I have first-hand knowledge of information contained in this declaration and could and would testify competently as follows.

2. I co-founded CAM's predecessor, Charter Asset Management LLC, in late December 2012. Since that time, CAM has provided reliable and low-cost funding to over thirty charter schools across the United States.

3. In his May 15, 2014 declaration [*see* ECF Doc. #13-3, at ¶31], plaintiff Charter School Capital, Inc.'s ("CSC") founder, Stuart Ellis, stated: "I know of no reason why CAM would be unable to compete using agreements that CAM develops on its own. CAM is free to hire legal counsel or pull forms off of the internet." That is exactly what CAM has done.

4. "Factoring" – or the practice of selling one's receivables to a third party at a discount – is a well-known and common practice in the world of finance. As Mr. Ellis suggests, there is little magic to the form of agreement one uses to finance a third-party's accounts receivables.

5. While CAM certainly needs an agreement to document the terms of our relationships with our charter school clients, CAM does not consider the *form of agreement* to be an essential component of CAM's success. Because financing agreements are binding legal contracts, however, CAM has always turned to outside legal counsel for the preparation of these documents.

6. Since its formation in late 2012, CAM has utilized three core financing agreements.

7. The first version of CAM's financing agreement was called an "Accounts Receivable Purchase Agreement." CAM's first outside law firm – Ervin Cohen & Jessup LLP based out of Beverly Hills – prepared this form of agreement. I know that CSC already has a copy of this form of agreement because I emailed it to John Helgeson, CSC's Chief Marketing Officer, on January 17, 2013. Attached as <u>Exhibit 1</u> is a true and correct copy of my January 17, 2013 email to Mr. Helgeson along with the attachment.

- 2 -

8. As CAM's business matured, we decided to change outside counsel and began using Kirton McConkie LLP which I understand is the largest law firm in Utah. Attorney Joel Wright, a Kirton McConkie LLP shareholder, was our principal point of contact at the firm. According to his online biography, Mr. Wright "is widely recognized as the most experienced charter school attorney in the Intermountain West." Mr. Wright's firm prepared CAM's second form of financing agreement which was called an "Agreement for the Sale of Receivables." I know that CSC already has *at least* three copies of this form of agreement because they have obtained them from our clients and filed them, under seal, with the Court.

9. In this lawsuit, CSC alleges that Kirton McConkie LLP's "Agreement for the Sale of Receivables" infringes on CSC's copyright and also includes some vague CSC "trade secrets" relating to the "terms, structure, and content" of its own Receivables Purchase Agreement.

10. Although CAM's lawyers assured us that we were free to use the agreement it prepared for us, CAM nevertheless has no interest in using any form that our competitor claims we are not entitled to use.

11. For this reason, CAM recently engaged a third law firm, Cole-Frieman & Mallon LLP, which San Francisco-based boutique firm specializes in investment management law. Within a few days of our engagement, our new law firm produced the general Factoring Agreement attached as <u>Exhibit 2</u> which agreement CAM has been using with all new charter school clients since May 27, 2014.

12. CAM is also in the process of swapping our new streamlined Factoring Agreement with all existing agreements which are based on Kirton McConkie LLP's form and we expect to complete those exchanges by mid-July 2014.

I declare under penalty of perjury under the laws of the State of California and the United States that each of the above statements is true and correct. Executed on June 16, 2014, in Los Angeles, California.

DocuSigned by:

*Paul Im*

7E046D1E4B6C4E8...

Paul Im