1

DAVID R. BURTT, State Bar No. 201220
MOBILITY LEGAL P.C.

2

317 Washington St. #207
Oakland, CA  94607

3

Telephone:  (510) 208-1909
dburtt@mobilitylegal.com

4

5

Attorneys for Defendants
CHARTER ASSET MANAGEMENT FUND, LP.,
PAUL IM, and DAVID PARK

6

7

8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| 11  CHARTER SCHOOL CAPITAL, INC., a Delaware Corporation, | Case No. 2:14-cv-03385-GW-PLA |
| 12 | **DECLARATION OF DAVID R. BURTT** |
| Plaintiff, | **IN SUPPORT OF DEFENDANTS'** |
| 13 | **OPPOSITION TO PLAINTIFF'S** |
| v. | **MOTION FOR AN ORDER** |
| 14 | **PERMITTING EXPEDITED** |
| CHARTER ASSET MANAGEMENT FUND, | **DISCOVERY** |
| 15  LP., a Delaware Limited Partnership, PAUL IM, an individual, and DAVID PARK, an | Date:       July 7, 2014 |
| 16  individual, | Time:       8:30 a.m. |
| | Judge:      Hon. George H. Wu |
| 17                 Defendants. | Location:   Courtroom 10, 312 N. Spring St. |
| 18 | Los Angeles, CA |

19

20

21

22

23

24

25

26

27

28

I, David R. Burtt, declare as follows:

1.   I am an attorney, admitted in the State of California, and I represent defendants Charter Asset Management Fund, LP., Paul Im, and David Park ("Defendants") in the above-captioned action.  I submit this declaration in support of Defendants' Opposition to Plaintiff's Motion for an Order Permitting Expedited Discovery.  I have personal knowledge of the matters stated herein and could competently testify as to those matters.

2.   On June 9, 2014, Plaintiff's counsel purported to serve Plaintiff's First Requests for Production ("RFPs") on me via email and U.S. Mail.  Attached as <u>Exhibit 1</u> is a true and correct copy of a June 9, 2014 email from Plaintiff's counsel attaching Plaintiff's RFPs and Proof of Service.

3.   On May 22, 2014, I served on Plaintiff's counsel Defendants' Demand for Identification of Trade Secrets, a true and correct copy of which I've attached hereto as <u>Exhibit 2</u>.

4.   As of June 16, 2014, Plaintiff has yet to respond to Defendants' Demand or otherwise provide an identification of Plaintiff's alleged trade secrets at issue in this case.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is all true and correct to the best of my knowledge and that this document was executed on June 16, 2014, at Oakland, California.

/s/  *David R. Burtt*
David R. Burtt

BURTT DECL. ISO DEF' OPPOSITION TO PLAINTIFF'S MOTION FOR EXPEDITED DISCOVERY
Case No. 2:14-cv-03385-GW-PLA