UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 14-3385-GW(PLAx) | Date | July 25, 2016 |
|---|---|---|---|
| Title | *Charter School Capital, Inc. v. Charter Asset Management Fund, LP, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | Katie Thibodeaux | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Russell F. Sauer | David R. Burtt - by telephone |
| James H. Moon | Gerald Sauer |
| Jamie L. Sprague | Amir A. Torkamani |

**PROCEEDINGS:**     **PRETRIAL CONFERENCE**

The Court, as stated on the record, rules on the motions in limine as follows:

**Plaintiff's Motion in Limine:**

To Exclude Evidence in Support of Defendants' Fair Use Defense [227] is GRANTED;
No. 2 to Exclude Evidence Regarding Plaintiff's Purported Involvement in Paul Im's Termination [297] is GRANTED;

**Defendant Cam's Motions in Limine (Filed 07/01/16):**

No. 1 – to Exclude Evidence and Argument Regarding Damages Awardable Against Individual Defendants [244] is DENIED;
No. 2 – to Exclude Evidence and Argument Regarding Any Claim for Profits Derived from the Use of Contracts Other than the Kirton McConkie Form [253] is DENIED;
No. 3 – to Exclude Evidence and Argument That Csc Is Entitled to Recover Profits Based on Investment in CAM [245] is DENIED;
No. 4 – to Exclude Evidence and Argument Suggesting That CAM's Total Cash Intake Is "Gross Revenue," and CAM's Income from its Operations as "Profits" [246] is TAKEN UNDER SUBMISSION;
No. 5 – to Exclude Evidence and Argument That Paul Im Breached a Confidentiality Agreement or That Defendants or Kirton McConkie PC Misappropriated Trade Secrets [295] is GRANTED

|  | : | 45 |
|---|---|---|
| | Initials of Preparer | JG |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 14-3385-GW(PLAx) | Date | July 25, 2016 |
|---|---|---|---|
| Title | *Charter School Capital, Inc. v. Charter Asset Management Fund, LP, et al.* | | |

IN PART;
No. 6 – to Preclude Any Mention That CAM Sued, and Eventually Dismissed its Claims Without Prejudice Against, Kirton McConkie [296] is GRANTED IN PART.

Additionally, the parties will file simultaneous briefs addressing the handout provided in court by July 28, 2016.  Simultaneous responses will be filed by noon on August 2, 2016.  A hearing on the issue is set for August 4, 2016 at 8:30 a.m.  The Court also places Third-Party Defendant Kirton McKonkie's motions in limine back on calendar for August 4, 2016 at 8:30 a.m.  Final pretrial documents will be filed by noon on August 2, 2016.

|  | : | 45 |
|---|---|---|
| | Initials of Preparer | JG |