

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Case No. CV 14-3385-GW(PLAx)   Date: 8/23/2016

Title: Charter School Capital, Inc. v. Charter Asset Mgt Fund, LP, et al.

Time: 11:30 am

JURY NOTE NUMBER 1

_____ THE JURY HAS REACHED A UNANIMOUS VERDICT

✓ THE JURY REQUESTS THE FOLLOWING:

Exhibit 493

DATE:   SIGNED: **REDACTED**
FOREPERSON OF THE JURY