

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Case No.  CV 14-3385-GW(PLAx)                    Date: 8/23/16

Title: Charter School Capital, Inc. v. Charter Asset Mgt Fund, LP, et al.

                                                 Time: 1:30 p.m.

JURY NOTE NUMBER  2

___✓___    THE JURY HAS REACHED A UNANIMOUS VERDICT

_____    THE JURY REQUESTS THE FOLLOWING:

DATE:                    SIGNED: **REDACTED**
                                 FOREPERSON OF THE JURY