

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Charter School Capital, Inc.,<br><br>                      Plaintiff,<br>v.<br><br>Charter Asset Management Fund, LLC, et al.,,<br><br>                      Defendant. | No. CV 14-3385-GW(PLAx)<br><br>**SPECIAL VERDICT FORM** |

# SPECIAL VERDICT FORM
## COPYRIGHT INFRINGEMENT

We the jury answer the questions submitted to us as follows:

1. Does Plaintiff Charter School Capital, Inc. ("CSC") own a valid copyright to the Receivables Purchase Agreement that it claims was infringed by Defendants?

    YES ✓        NO ___

    *If you answered YES, proceed to Question 2.*

    *If you answered NO, proceed to the signature section at the end of the verdict form.*

2. Did CSC prove by a preponderance of the evidence that one of more of the Defendants is liable for copyright infringement?

    YES ✓        NO ___

    *If you answered YES, proceed to Question 3.*
    *If you answered NO, proceed to Question 4.*

3.  Which of the Defendants did CSC prove is liable for copyright infringement?

| Defendant | Liable | Not Liable |
|---|---|---|
| Charter Asset Management, LLC | | ✓ |
| Charter Asset Management Fund, LP | ✓ | |
| Charter Asset Management Fund GP, LLC | ✓ | |
| Paul Im | ✓ | |
| David Park | ✓ | |

*Proceed to Question 4.*

4.  Did Joel Wright or Kirton McConkie commit an act of copyright infringement?

            YES  ✓              NO  _____

*If you answered YES to Question 4, proceed to Question 5.*

*If you answered NO to both Question 2 and Question 4, proceed to the signature section at the end of the verdict form.*

*If you answered NO to Question 4 but answered YES to Question 2, proceed to Question 6a.*

5. Which of the Defendants did CSC prove is liable for contributory or vicarious copyright infringement?

| Defendant | Liable | Not Liable |
|---|---|---|
| Charter Asset Management, LLC | | ✓ |
| Charter Asset Management Fund, LP | ✓ | |
| Charter Asset Management Fund GP, LLC | ✓ | |
| Paul Im | ✓ | |
| David Park | ✓ | |

*Proceed to Question 6a.*

6a. Have Defendants established by a preponderance of the evidence that as to the portions of the Receivables Purchase Agreement that Plaintiff has proven were copied by Defendant, the ideas embodied in the portions were so unique that the ideas could only be expressed in one way?

YES _____      NO ___✓___

*If you answered YES to Question 6a, proceed to the end of the verdict form.*

*If you answered NO to Question 6a, proceed to Question 6b.*

6b.   Have Defendants established by a preponderance of the evidence that as to the portions of the Receivables Purchase Agreement that Plaintiff has proven were copied by Defendant, the ideas embodied in the portions were so unique that the ideas could only be expressed in a very limited number of ways, and Plaintiff has failed to show that the Defendants engaged in virtual identical copying of the portions of the Plaintiff's copyrighted work?

YES _____      NO __✓__

*If you answered YES to Question 6b, proceed to the end of the verdict form.*

*If you answered NO to Question 6b, proceed to Question 7.*

7.  For the Defendants found liable above, what were the profits (i.e., gross revenue minus deductible expenses) earned as a result of their infringement of CSC's document?

| Defendant | Profits |
|---|---|
| Charter Asset Management, LLC | $ 0 |
| Charter Asset Management Fund, LP | $ 961,321 |
| Charter Asset Management Fund GP, LLC | $ 213,321 |
| Paul Im | $ 154,000 |
| David Park | $ 396,000 |

Signed: **REDACTED**
Presiding Juror

Dated: August 23, 2016

*After all verdict forms have been signed, please deliver this verdict form to the clerk.*