**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHARTER SCHOOL CAPITAL, INC.,<br><br>Plaintiff,<br>v.<br><br>CHARTER ASSET MANAGEMENT FUND, LP, *et al.*,<br><br>Defendants. | No. CV 14-3385-GW(PLAx)<br>Honorable George H. Wu<br><br>**JUDGMENT** |

Pursuant to the jury's verdict dated August 23, 2016, **IT IS HEREBY ORDERED** that:

1. Judgment shall be entered in favor of Plaintiff Charter School Capital, Inc. ("CSC") and against Defendants Charter Asset Management Fund, LP; Charter Asset Management Fund GP, LLC; Paul Im; and David Park on CSC's claim for copyright infringement.

2. CSC shall be entitled to recover the following amounts as determined by the jury:

| Defendant | Amount |
| --- | --- |
| Charter Asset Management Fund, LP | $961,321 |
| Charter Asset Management Fund GP, LLC | $213,321 |
| Paul Im | $154,000 |
| David Park | $396,000 |

3. CSC shall be awarded its costs of suit pursuant to the Local Rules.

**IT IS SO ORDERED.**

Dated: August 30, 2016

Hon. George H. Wu
United States District Judge