GERALD L. SAUER, State Bar No. 113564
  gsauer@swattys.com
AMIR A. TORKAMANI, State Bar No. 260009
  atorkamani@swattys.com
SAUER AND WAGNER LLP
1801 Century Park East, Suite 1150
Los Angeles, CA 90067
Tel: 310-712-8100
Fax: 310-712-8108

DAVID R. BURTT, State Bar No. 201220
  dburtt@mobilitylegal.com
MOBILITY LEGAL P.C.
317 Washington St. #207
Oakland, CA 94607
Telephone: (510) 208-1909

Attorneys for Defendants
CHARTER ASSET MANAGEMENT FUND, LP.,
CHARTER ASSET MANAGEMENT FUND GP LLC,
CHARTER ASSET MANAGEMENT, LLC, PAUL IM,
and DAVID PARK

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARTER SCHOOL CAPITAL, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>CHARTER ASSET MANAGEMENT FUND, LP. *et al.*,<br><br>Defendants. | Case No. CV 14-3385-GW(PLAx)<br><br>**AMENDED JUDGMENT** |

1       Pursuant to the jury's verdict dated August 23, 2016 and the Court's Order of July 31, 2017, IT IS HEREBY ORDERED that:

1. Judgment shall be entered in favor of Plaintiff Charter School Capital, Inc. ("CSC") and against Defendant Charter Asset Management Fund, LP in the amount of $961,321.00.

2. Judgment shall be entered in favor of CSC and against Defendant Charter Asset Management Fund GP, LLC in the amount of $213,321.00.

3. Judgment shall be entered in favor of Defendants Paul Im, David Park, and Charter Asset Management, LLC and against CSC.

4. CSC shall be awarded its costs of suit pursuant to the Local Rules.

IT IS SO ORDERED.

Dated: September 13, 2017

_____
HON. GEORGE H. WU,
United States District Judge